**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHET DUDA,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69261

**FILED**

DEC 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ S. Young _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to appoint counsel. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                               Cherry

cc:   Hon. Valerie Adair, District Judge
      Chet Duda
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38183